**Opinion issued August 9, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01–10–00487-CV**

_____

**KAMEL S. KADI, Appellant**

**V.**

**AUTUMN CHASE TOWNHOME OWNERS ASSOCIATION, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 948,851**

## MEMORANDUM OPINION

On June 15, 2012, this Court issued an order requiring appellant's brief to be redrawn. *See* TEX. R. APP. P. 38.9(a). Appellant, Kamel S. Kadi, filed a redrawn brief on June 25, 2012. However, the redrawn brief does not comply with the Rules

of Appellate Procedure. Specifically, there are no citations to authority or record references, among other deficiencies. *See* TEX. R. APP. P. 38.1(c), (i). Therefore, this Court orders appellant's brief stricken, prohibits appellant from filing another brief, and proceeds as if appellant had failed to file a brief. *See* TEX. R. APP. P. 38.8(a), 38.9(a). Because appellant has failed to timely file a redrawn brief or to adequately respond after being notified that this appeal was subject to dismissal, the appeal is **dismissed** for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a) (failure of appellant to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We **dismiss** any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.